UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DONNIE RAY O'NEAL, JR., <br><br> Plaintiff. | Case No. 23-cv-00363 BLF <br><br> **ORDER OF DISMISSAL** |

On January 25, 2023, Plaintiff, proceeding *pro se*, filed a letter which was construed as an attempt to initiate a civil rights action pursuant to 42 U.S.C. § 1983.[1]  Dkt. No. 1.  On the same day, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed.  Dkt. No. 3.  A blank complaint form and postage-paid return envelope were enclosed with the notice.  *Id.*  The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal.  Dkt. No. 4.

---

[1] This matter was reassigned to this Court on March 3, 2023.  Dkt. Nos. 5, 6.

The deadline has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application.  Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee.  The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:   ___**March 9, 2023**____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.23\00363ONeal_dis-ifp-compl.

2